Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−32636−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Javed I. Suddal
   583 Skyline Drive
   Lake Hopatcong, NJ 07849

Social Security No.:
   xxx−xx−2762

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                2/13/20
Time:               08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 27, 2019
JAN: rh

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Javed I. Suddal  
    Debtor

Case No. 19-32636-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                   Page 1 of 2                  Date Rcvd: Dec 27, 2019
                               Form ID: 132                 Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.

```
db              +Javed I. Suddal,    583 Skyline Drive,    Lake Hopatcong, NJ 07849-2443
518601685       +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
518601686       +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
518601687       +Bk Of Amer,    Po Box 31785,    Tampa, FL 33631-3785
518601688       +Bureau Of Accounts Con,    3601 Route 9 North,    Howell, NJ 07731-3395
518601690       +Celentano, Stadtmauer & Walentowicz, LLP,    1035 Route 46 East,    PO Box 2594,
                  Clifton, NJ 07015-2594
518601692       +Chase Bank / card services,    PO Box 6294,    Carol Stream, IL 60197-6294
518601694       +Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850-5369
518601695      ++NORTHWEST RADIOLOGY ASSOCIATES,    45 PINE STREET SUITE 8,    ROCKAWAY NJ 07866-3149
                  (address filed with court: Northwest Radiology Associates,    45 Pine Street- Suite 8,
                  Rockaway, NJ 07866)
518601696       +Portfilio Recovery,    PO Box 12903,    Norfolk, VA 23541-0903
518601698       +Prime Healthcare Services,    PO Box 949,    Matawan, NJ 07747-0949
518601699        Radius Global Solutions, LLC,    1259,    Dept: 119195,    Oaks, PA 19456
518631385       +Saint Clare's Hospital,    c/o Celentano, Stadtmauer & Walentowicz,,
                  1035 Route 46 East, Suite 208B,    P.O. Box 2594,    Clifton, NJ 07015-2594
518601700       +Saint Clare's Hospital,    PO Box 536598,    Pittsburgh, PA 15253-5907
518601701       +State Of Nj Student As,    4 Quakenbridge Plz,    Trenton, NJ 08619-1241
518601702       +Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
518601703        Toyota Motor Credit,    111 W 22nd St,    Oakbrook, IL 60521
518601704       +University Physician Associates,    220 Davidson Ave,    2nd floor,    Somerset, NJ 08873-4149
518601705       +Vital Medical Forces of Denville,    PO Box 37,    Denville, NJ 07834-0037
518601706       +Wife,    583 Skyline Drive,    Lake Hopatcong, NJ 07849-2443
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2019 23:53:26      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2019 23:53:21      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2019 23:45:48
                  Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518634108       +E-mail/Text: BKRMailOps@weltman.com Dec 27 2019 23:53:36      BP Products of North America,
                  c/o Weltman, Weinberg, and Reis Co LPA,    965 Keynote Circle,
                  Brooklyn Heights, OH 44131-1829
518601689       +E-mail/Text: cms-bk@cms-collect.com Dec 27 2019 23:52:59      Capital Management Services LP,
                  Bank of America,    698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518601691       +E-mail/Text: bankruptcy@certifiedcollection.com Dec 27 2019 23:53:12
                  Certified Credit and Collection,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518601693       +E-mail/Text: mediamanagers@clientservices.com Dec 27 2019 23:52:12      Client Services,
                  3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
518601697       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2019 23:47:04
                  Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518603193       +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2019 23:45:47      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2         User: admin              Page 2 of 2           Date Rcvd: Dec 27, 2019
                             Form ID: 132             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Debtor Javed I. Suddal pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```