Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32636−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Javed I. Suddal
   583 Skyline Drive
   Lake Hopatcong, NJ 07849

Social Security No.:
   xxx−xx−2762

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/23/19 and a confirmation hearing on such Plan has been scheduled for 2/13/2020.

The debtor filed a Modified Plan on 12/12/2020 and a confirmation hearing on the Modified Plan is scheduled for 3/12/2020 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 19, 2020
JAN: smz

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                Case No. 19-32636-JKS
Javed I. Suddal                                                       Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Feb 19, 2020
                              Form ID: 186                Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             +Javed I. Suddal,   583 Skyline Drive,   Lake Hopatcong, NJ 07849-2443
518601685      +Atlantic Medical Group,   PO Box 419101,   Boston, MA 02241-9101
518678777       Bank of America, N.A.,   PO Box 31785,   Tampa, FL 33631-3785
518601686      +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
518601687      +Bk Of Amer,   Po Box 31785,   Tampa, FL 33631-3785
518601688      +Bureau Of Accounts Con,   3601 Route 9 North,   Howell, NJ 07731-3395
518601690      +Celentano, Stadtmauer & Walentowicz, LLP,   1035 Route 46 East,   PO Box 2594,
                 Clifton, NJ 07015-2594
518601692      +Chase Bank / card services,   PO Box 6294,   Carol Stream, IL 60197-6294
518643849      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518601694      +Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850-5369
518703974      +Morristown Medical Center,   CCC,   PO BOX 1750,   Whitehouse Sta, NJ 08889-1750
518601695     ++NORTHWEST RADIOLOGY ASSOCIATES,   45 PINE STREET SUITE 8,   ROCKAWAY NJ 07866-3149
                (address filed with court: Northwest Radiology Associates,   45 Pine Street- Suite 8,
                 Rockaway, NJ 07866)
518703975      +Newton Medical Center,   CCCB,   PO BOX 1750,   Whitehouse Sta, NJ 08889-1750
518601696      +Portfilio Recovery,   PO Box 12903,   Norfolk, VA 23541-0903
518601698      +Prime Healthcare Services,   PO Box 949,   Matawan, NJ 07747-0949
518601699       Radius Global Solutions, LLC,   1259,   Dept: 119195,   Oaks, PA 19456
518631385      +Saint Clare’s Hospital,   c/o Celentano, Stadtmauer & Walentowicz,,
                 1035 Route 46 East, Suite 208B,   P.O. Box 2594,   Clifton, NJ 07015-2594
518601700      +Saint Clare’s Hospital,   PO Box 536598,   Pittsburgh, PA 15253-5907
518703979      +St Clare’s,   CCCB,   PO BOX 1750,   Whitehouse Sta, NJ 08889-1750
518601701      +State Of Nj Student As,   4 Quakenbridge Plz,   Trenton, NJ 08619-1241
518601702      +Sunrise Credit Services,   PO Box 9100,   Farmingdale, NY 11735-9100
518601703       Toyota Motor Credit,   111 W 22nd St,   Oakbrook, IL 60521
518673897       Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
518601704      +University Physician Associates,   220 Davidson Ave,   2nd floor,   Somerset, NJ 08873-4149
518601705      +Vital Medical Forces of Denville,   PO Box 37,   Denville, NJ 07834-0037
518601706      +Wife,   583 Skyllne Drive,   Lake Hopatcong, NJ 07849-2443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2020 00:29:47      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2020 00:29:44      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:31:45
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518634108      +E-mail/Text: BKRMailOps@weltman.com Feb 20 2020 00:29:55      BP Products of North America,
                 c/o Weltman, Weinberg, and Reis Co LPA,   965 Keynote Circle,
                 Brooklyn Heights, OH 44131-1829
518601689      +E-mail/Text: cms-bk@cms-collect.com Feb 20 2020 00:29:17      Capital Management Services LP,
                 Bank of America,   698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
518601691      +E-mail/Text: bankruptcy@certifiedcollection.com Feb 20 2020 00:29:34
                 Certified Credit and Collection,   PO Box 1750,   Whitehouse Station, NJ 08889-1750
518601693      +E-mail/Text: mediamanagers@clientservices.com Feb 20 2020 00:28:40      Client Services,
                 3451 Harry S Truman Blvd.,   Saint Charles, MO 63301-9816
518651889       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 00:32:39
                 Portfolio Recovery Associates, LLC,   c/o Bp,   POB 41067,   Norfolk VA 23541
518601697      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 00:31:53
                 Portfolio Recov Assoc,   120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
518603193      +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:31:45      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Feb 19, 2020
                              Form ID: 186             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kirsten B. Ennis    on behalf of Debtor Javed I. Suddal pacerecf@ennislegal.com,
           r53278@notify.bestcase.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 4
```