Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32636−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Javed I. Suddal
   583 Skyline Drive
   Lake Hopatcong, NJ 07849

Social Security No.:
   xxx−xx−2762

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 16, 2020.

On 6/17/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date: July 23, 2020
Time: 08:30 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 18, 2020
JAN: lc

                    Jeanne Naughton
                    Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-32636-JKS
Javed I. Suddal                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin              Page 1 of 2      Date Rcvd: Jun 18, 2020
                               Form ID: 185             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db             +Javed I. Suddal,    583 Skyline Drive,    Lake Hopatcong, NJ 07849-2443
518601685      +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
518678777       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
518601686      +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
518601687      +Bk Of Amer,    Po Box 31785,    Tampa, FL 33631-3785
518601688      +Bureau Of Accounts Con,    3601 Route 9 North,    Howell, NJ 07731-3395
518601690      +Celentano, Stadtmauer & Walentowicz, LLP,     1035 Route 46 East,    PO Box 2594,
                 Clifton, NJ 07015-2594
518643849      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518703974      +Morristown Medical Center,    CCC,    PO BOX 1750,    Whitehouse Sta, NJ 08889-1750
518722728      +NJCLASS,    PO BO 548,    Trenton, NJ 08625-0548
518601695     ++NORTHWEST RADIOLOGY ASSOCIATES,     45 PINE STREET SUITE 8,    ROCKAWAY NJ 07866-3149
               (address filed with court: Northwest Radiology Associates,      45 Pine Street- Suite 8,
                 Rockaway, NJ 07866)
518703975      +Newton Medical Center,    CCCB,    PO BOX 1750,    Whitehouse Sta, NJ 08889-1750
518601696      +Portfilio Recovery,    PO Box 12903,    Norfolk, VA 23541-0903
518601698      +Prime Healthcare Services,    PO Box 949,    Matawan, NJ 07747-0949
518601699       Radius Global Solutions, LLC,     1259,   Dept: 119195,    Oaks, PA 19456
518631385      +Saint Clare’s Hospital,    c/o Celentano, Stadtmauer & Walentowicz,,
                 1035 Route 46 East, Suite 208B,    P.O. Box 2594,    Clifton, NJ 07015-2594
518601700      +Saint Clare’s Hospital,    PO Box 536598,    Pittsburgh, PA 15253-5907
518703979      +St Clare’s,    CCCB,   PO BOX 1750,    Whitehouse Sta, NJ 08889-1750
518601701      +State Of Nj Student As,    4 Quakenbridge Plz,    Trenton, NJ 08619-1241
518601702      +Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
518601703       Toyota Motor Credit,    111 W 22nd St,    Oakbrook, IL 60521
518673897       Toyota Motor Credit Corporation,     c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518601704      +University Physician Associates,     220 Davidson Ave,    2nd floor,   Somerset, NJ 08873-4149
518601705      +Vital Medical Forces of Denville,     PO Box 37,    Denville, NJ 07834-0037
518601706      +Wife,    583 Skyline Drive,    Lake Hopatcong, NJ 07849-2443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2020 00:07:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2020 00:07:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 00:16:07
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
518634108      +E-mail/Text: BKRMailOps@weltman.com Jun 19 2020 00:07:40      BP Products of North America,
                 c/o Weltman, Weinberg, and Reis Co LPA,     965 Keynote Circle,
                 Brooklyn Heights, OH 44131-1829
518601689      +E-mail/Text: cms-bk@cms-collect.com Jun 19 2020 00:07:13      Capital Management Services LP,
                 Bank of America,    698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518601691      +E-mail/Text: bankruptcy@certifiedcollection.com Jun 19 2020 00:07:24
                 Certified Credit and Collection,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518601693      +E-mail/Text: mediamanagers@clientservices.com Jun 19 2020 00:06:39       Client Services,
                 3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
518601692       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 19 2020 00:15:27
                 Chase Bank / card services,    PO Box 6294,    Carol Stream, IL 60197
518601694       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 19 2020 00:16:04      Jpmcb Card,
                 Po Box 15369,    Wilmington, DE 19850
518651889       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 00:16:57
                 Portfolio Recovery Associates, LLC,    c/o Bp,    POB 41067,    Norfolk VA 23541
518601697      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 00:16:56
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518603193      +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 00:15:27      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 18, 2020
                              Form ID: 185             Total Noticed: 37
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Debtor Javed I. Suddal pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 4
```