| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 26, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    JAVED I. SUDDAL | Case No.:  19-32636 JKS<br><br>Hearing Date:  6/25/2020 |

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: June 26, 2020

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JAVED I. SUDDAL

Case No.: 19-32636

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 06/25/2020 on notice to KIRSTEN B. ENNIS, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

Page 2 of 2

United States Bankruptcy Court
District of New Jersey

In re:  
Javed I. Suddal  
    Debtor

Case No. 19-32636-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 26, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.  
db          +Javed I. Suddal,   583 Skyline Drive,   Lake Hopatcong, NJ 07849-2443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kirsten B. Ennis    on behalf of Debtor Javed I. Suddal pacerecf@ennislegal.com, r53278@notify.bestcase.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                              TOTAL: 4