Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−32636−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Javed I. Suddal
   583 Skyline Drive
   Lake Hopatcong, NJ 07849

Social Security No.:
   xxx−xx−2762

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/7/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 7, 2021
JAN: zlh

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Javed I. Suddal  
  Debtor(s)

Case No. 19-32636-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3  
Date Rcvd: Jan 07, 2021    Form ID: 148    Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Javed I. Suddal, 583 Skyline Drive, Lake Hopatcong, NJ 07849-2443 |
| 518601685 | + | Atlantic Medical Group, PO Box 419101, Boston, MA 02241-9101 |
| 518601688 | + | Bureau Of Accounts Con, 3601 Route 9 North, Howell, NJ 07731-3395 |
| 518601690 | + | Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, PO Box 2594, Clifton, NJ 07015-2594 |
| 518643849 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518703974 | + | Morristown Medical Center, CCC, PO BOX 1750, Whitehouse Sta, NJ 08889-1750 |
| 518722728 | + | NJCLASS, PO BO 548, Trenton, NJ 08625-0548 |
| 518601695 | ++ | NORTHWEST RADIOLOGY ASSOCIATES, 45 PINE STREET SUITE 8, ROCKAWAY NJ 07866-3149 address filed with court:, Northwest Radiology Associates, 45 Pine Street- Suite 8, Rockaway, NJ 07866 |
| 518703975 | + | Newton Medical Center, CCCB, PO BOX 1750, Whitehouse Sta, NJ 08889-1750 |
| 518601696 | + | Portfilio Recovery, PO Box 12903, Norfolk, VA 23541-0903 |
| 518601698 | + | Prime Healthcare Services, PO Box 949, Matawan, NJ 07747-0949 |
| 518601699 | | Radius Global Solutions, LLC, 1259, Dept: 119195, Oaks, PA 19456 |
| 518601700 | + | Saint Clare's Hospital, PO Box 536598, Pittsburgh, PA 15253-5907 |
| 518631385 | + | Saint Clare's Hospital, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, Suite 208B, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518703979 | + | St Clare's, CCCB, PO BOX 1750, Whitehouse Sta, NJ 08889-1750 |
| 518601701 | + | State Of Nj Student As, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 518601702 | + | Sunrise Credit Services, PO Box 9100, Farmingdale, NY 11735-9100 |
| 518601703 | | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 518601704 | + | University Physician Associates, 220 Davidson Ave, 2nd floor, Somerset, NJ 08873-4149 |
| 518601705 | + | Vital Medical Forces of Denville, PO Box 37, Denville, NJ 07834-0037 |
| 518601706 | + | Wife, 583 Skylline Drive, Lake Hopatcong, NJ 07849-2443 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2021 21:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2021 21:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jan 08 2021 02:03:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518634108 | + | Email/Text: BKRMailOps@weltman.com | Jan 07 2021 21:17:00 | BP Products of North America, c/o Weltman, Weinberg, and Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 518678777 | | EDI: BANKAMER.COM | Jan 08 2021 02:03:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518601686 | + | EDI: BANKAMER.COM | Jan 08 2021 02:03:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: 148 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 518601687 | + | EDI: BANKAMER.COM | Jan 08 2021 02:03:00 | Bk Of Amer, Po Box 31785, Tampa, FL 33631-3785 |
| 518601689 | + | Email/Text: cms-bk@cms-collect.com | Jan 07 2021 21:16:00 | Capital Management Services LP, Bank of America, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 518601691 | + | Email/Text: bankruptcy@certifiedcollection.com | Jan 07 2021 21:16:00 | Certified Credit and Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518601693 | + | Email/Text: mediamanagers@clientservices.com | Jan 07 2021 21:15:00 | Client Services, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 518601692 | | EDI: JPMORGANCHASE | Jan 08 2021 02:03:00 | Chase Bank / card services, PO Box 6294, Carol Stream, IL 60197 |
| 518601694 | | EDI: JPMORGANCHASE | Jan 08 2021 02:03:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 518651889 | | EDI: PRA.COM | Jan 08 2021 02:03:00 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 518601697 | + | EDI: PRA.COM | Jan 08 2021 02:03:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518603193 | + | EDI: RMSC.COM | Jan 08 2021 02:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518673897 | | EDI: BL-TOYOTA.COM | Jan 08 2021 02:03:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kirsten B. Ennis | on behalf of Debtor Javed I. Suddal pacerecf@ennislegal.com r53278@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 07, 2021 | Form ID: 148 | Total Noticed: 37

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4